**No. 11-6679. Beverly Ann Cash, Petitioner v. Louisiana.**

565 U.S. 1082, 132 S. Ct. 820, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8683, ■

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 439 Fed. Appx. 390.

**No. 11-6680. Victor Manuel Diaz, Petitioner v. California.**

565 U.S. 1082, 132 S. Ct. 820, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8685.

December 5, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-6682. Jimmy Don Coleman, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1082, 132 S. Ct. 820, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8781.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6683. Michael Anthony Diaz, Petitioner v. Texas.**

565 U.S. 1082, 132 S. Ct. 820, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8739.

December 5, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Seventh District, denied.

**No. 11-6684. Juan M. Chavez, Petitioner v. Randy Grounds, Warden.**

565 U.S. 1082, 132 S. Ct. 820, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8800.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 421 Fed. Appx. 704.

**No. 11-6686. Andrew McDonald, Petitioner v. Amy Jones, et al.**

565 U.S. 1082, 132 S. Ct. 821, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8682.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 84.

**No. 11-6688. Antonio Velasquez Gomez, Petitioner v. California.**

565 U.S. 1082, 132 S. Ct. 821, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8699.

December 5, 2011. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 11-6689. Will Moses Palmer, III, Petitioner v. California.**

565 U.S. 1082, 132 S. Ct. 821, 181 L. Ed. 2d 531, 2011 U.S. LEXIS 8686.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of California denied.